**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KAREN CARTER and ARTHUR PODROYKIN,<br><br>Plaintiffs,<br><br>v.<br><br>MYHERITAGE (USA) INC.,<br><br>Defendant. | Case No.: 1:25-cv-224 (JHL)<br><br>Judge: Hon. Joan H. Lefkow<br><br>Complaint Filed: January 8, 2025 |

**DEFENDANT'S MOTION TO COMPEL ARBITRATION AND**
**TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6), Defendant MyHeritage (USA) Inc. ("MyHeritage (USA)") respectfully moves to (1) compel arbitration of all claims in Plaintiffs' Consolidated Class Action Complaint ("CAC"), (2) dismiss the CAC in its entirety, or (3) transfer or dismiss this case for improper venue. In support, MyHeritage (USA) submits the accompanying Memorandum of Law, Declaration of Gilad Japhet, and Declaration of Ryan A. Rakower.

Respectfully submitted,

DATED: July 2, 2025

/s/ Christina E. Sharkey

Christina E. Sharkey (6316735)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
christinasharkey@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7474

Robert S. Loigman (*pro hac vice*)
Stephen Broome (*pro hac vice*)
Ryan A. Rakower (*pro hac vice*)
Caitlin E. Jokubaitis (*pro hac vice*)
robertloigman@quinnemanuel.com
stephenbroome@quinnemanuel.com
ryanrakower@quinnemanuel.com
caitlinjokubaitis@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016
Telephone: (212) 849-7000

*Attorneys for Defendant*
*MyHeritage (USA) Inc.*