**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KAREN CARTER and ARTHUR PODROYKIN,<br><br>Plaintiffs,<br><br>v.<br><br>MYHERITAGE (USA) INC. and MYHERITAGE LTD CORPORATION,<br><br>Defendants. | Case No.: 1:25-cv-224 (JHL)<br><br>Judge: Hon. Joan H. Lefkow<br><br>Complaint Filed: January 8, 2025 |

**DEFENDANTS' MOTION TO COMPEL ARBITRATION AND**
**TO DISMISS THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6), Defendants MyHeritage (USA) Inc. and MyHeritage Ltd. respectfully move to (1) compel arbitration of all claims in Plaintiffs' Amended Consolidated Class Action Complaint ("ACAC"), (2) dismiss the ACAC in its entirety, or (3) transfer or dismiss this case for improper venue. In support, Defendants submit the accompanying Memorandum of Law, Declaration of Gilad Japhet, and Declaration of Ryan A. Rakower.

Respectfully submitted,

DATED: August 20, 2025

*/s/ Christina E. Sharkey*

Christina E. Sharkey (6316735)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
christinasharkey@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7474

Robert S. Loigman (*pro hac vice*)
Stephen Broome (*pro hac vice*)
Ryan A. Rakower (*pro hac vice*)
Caitlin E. Jokubaitis (*pro hac vice*)
robertloigman@quinnemanuel.com
stephenbroome@quinnemanuel.com
ryanrakower@quinnemanuel.com
caitlinjokubaitis@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016
Telephone: (212) 849-7000

*Attorneys for Defendants*
*MyHeritage (USA) Inc. and MyHeritage Ltd.*