**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KAREN CARTER and ARTHUR PODROYKIN,<br><br>Plaintiffs,<br><br>v.<br><br>MYHERITAGE (USA) INC. and MYHERITAGE LTD CORPORATION,<br><br>Defendants. | Case No.: 1:25-cv-224 (JHL)<br><br>Judge: Hon. Joan H. Lefkow<br><br>Complaint Filed: January 8, 2025 |

# DECLARATION OF RYAN RAKOWER

I, Ryan A. Rakower, hereby declare pursuant to 28 U.S.C. § 1746 that:

1. I am a member of the bar of the State of New York and am admitted *pro hac vice* in this action. I am an attorney at the firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants MyHeritage (USA) Inc. and MyHeritage Ltd.

2. I submit this declaration in support of Defendants' Memorandum of Law in Support of Their Motion to Compel Arbitration and to Dismiss the Amended Consolidated Class Action Complaint.

3. As counsel for Defendants, I am informed of the following and believe the following to be true:

4. Attached as **Exhibit A** is a true and correct copy of excerpts of the 2025 Federal Court Management Statistics Report from the Administrative Office of the U.S. Courts, last updated March 31, 2025. A copy of the full report is available at https://www.uscourts.gov/data-news/reports/statistical-reports/federal-court-management-statistics/federal-court-management-statistics-march-2025.

5. Attached as **Exhibit B** is a true and correct copy of an excerpt from the 2024 European Commission for the Efficiency of Justice Report. A copy of the full report is available at https://www.coe.int/en/web/cepej/special-file#:~:text=The%20CEPEJ%20evaluation%20report%2C%20published,and%20quality%20of%20these%20systems.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 18, 2025 in New York, New York.

/s/ *Ryan A. Rakower*
Ryan A. Rakower